UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>UNITEDLEX CORPORATION, ULX MANAGER LLC, and ULX PARTNERS, LLC,<br><br>  Defendant. | Case No. 22-2318-KHV-RES |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Starr Surplus Lines Insurance Company ("Starr"), by its undersigned attorneys, hereby gives notice in accordance with FED. R. CIV. P. 41(a)(1)(A)(i) of the voluntary dismissal of this action with prejudice and without order of the Court. No answer or motion for summary judgment has been filed by any defendant or received by counsel for Starr.


Date: September 2, 2022    By: */s/ Jennifer J. Artman*

SHOOK HARDY & BACON
Jennifer Artman (D. Kan. Bar No. 78451)
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-0335
jartman@shb.com

*Counsel for Plaintiff Starr Surplus Lines Insurance Company*